> In light of the information from Defendant's Probation Officer provided by the Government, (Doc. 1265), early termination is not appropriate at this time. The Clerk of Court is respectfully directed to send a copy of this endorsement to Mr. Sinclair.
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
>
> 6/18/21

# UNITED STATES DISTRICT COURT

Southern District of New York

RECEIVED JUN 08 2021 U.S.D.C. W.P.

Sinclair
Petitioner

vs.

United States of America
Respondent

Case No: S6-10CR. 392-27 (cs)

## MOTION TO TERMINATE SUPERVISED RELEASE

Comes now, Damon Sinclair, Register No. 64682-054 pursuant to 18 U.S.C. § 3583 (e) (1) and moves this Honorable Court to terminate his term of supervised release. Petitioner avers that he has abided by all the terms of his supervised release for a period exceeding one year and now seeks to be removed from supervised release. Petitioner further states that his request to be removed from supervised release must be favorably viewed in light of the decision reached in

<u>United States of America vs. Spinelle</u>, 835 F. Supp. 987, 944 (E.D. Michigan 1993), affirmed; 41 F. 3rd 1056 (6th Cir. 1994).

For the aforementioned reason and law, petitioner moves this Honorable Court to grant this motion

Date: May 31st 2021

Petitioner

Damon Sinclair
3459 Renaissance Circle
Atlanta GA 30319

RECEIVED
JUN 08 2021
U.S.D.C.
W.P.

Clerk of Courts
300 Quarropas st
White plains NY 10601

